600     In re Mandell Patent Litigation

| Date | No. | Description |
|---|---|---|
| 84/05/10 | 1 | MOTION, BRIEF, SCHEDULE, NOTICE OF FILING, CERTIFICATE OF SERVICE -- pltf. Oak Industries Inc. -- SUGGESTED TRANFEREE DISTRICT: N.D. ILLINOIS; SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 84/05/18 | | APPEARANCES -- DAVID A. YORK, ESQ. for Oak Industries, Inc.; LEW ANTEN, ESQ. for Scientific-Atlanta, Inc.; GRANGER COOK, JR., ESQ. for Zenith Radio Corporation (ds) |
| 84/05/21 | | APPEARANCE: RONALD V. THURMAN, ESQ. FOR Tocom, Inc. (cds) |
| 84/05/21 | 2 | REQUEST FOR EXTENSION OF TIME -- Tocom, Inc. -- GRANTED TO ALL DEFENDANTS TO AND INCLUDING JUNE 15, 1984 (cds) |
| 84/05/23 | | APPEARANCE: DAVID R. FRANCESCANI, ESQ. FOR GTE Communication Products Corp. (cds) |
| 84/06/12 | 3 | REQUEST FOR EXTENSION OF TIME -- Scientific-Atlanta, Inc., Zenith Radio Corp., GTE Communications Products and Tocom, Inc. -- Extension was DENIED -- Notified involved counsel. (ds) |
| 84/06/15 | 4 | RESPONSE -- Zenith Electronics Corp. -- w/cert. of svc. (emh) |
| 84/06/15 | 5 | RESPONSE -- GTE Communication Products Corp. and Scientific-Atlanta, Inc. -- w/exhibits and cert. of svc. (emh) |
| 84/06/15 | 6 | RESPONSE -- Tocom, Inc. -- w/cert. of svc. (emh) |
| 84/06/19 | | APPEARANCE -- Ronald V. Thurman, Esq. for Tocom, Inc. (rh) |
| 84/06/22 | 7 | REPLY -- Oak Industries, Inc. -- w/cert. of svc. (emh) |
| 84/06/25 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-5 for Panel hearing in Boston, Massachusetts on July 26, 1984 (emh) |
| 84/07/24 | | HEARING APPEARANCES: DAVID A. YORK, ESQ. for Oak Industries Inc.; GRANGER COOK, JR., ESQ. for Zenith Electronics Corporation; DAVID R. FRANCESCANI, ESQ. for GTE Communications Products; LEWIS ANTEN, ESQ. for Scientific-Atlanta, Inc.; STEPHEN B. JUDLOWE, ESQ. for Tocom, Inc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/08/21 | | CONSENT OF TRANSFEREE COURT -- for assignment of litigation to the Honorable Edward Rafeedie in the C.D. California. (emh) |
| 84/08/21 | | TRANSFER ORDER -- transferring actions (A-1,3,4) to the C.D. California pursuant to 28 U.S.C. §1407. (emh) |
| 84/11/13 | 8 | MOTION/BRIEF/SCHEDULE OF ACTIONS FOR TRANSFER OF TAG-ALONG ACTIONS -- B-6 Oak Industries, et al. v. Magnavox CATV Systems, Inc., D.Dela., C.A. No. 84-660 and B-7 Oak Industries, Inc., et al. v. Octogon Scientific, Inc., N.D.N.Y., C.A. No. 84-CV-1578 -- filed by Oak Industries, Inc. and International Telemeter Corp. w/cert. of svc. Notified involved counsel. (ds) |
| 84/12/06 | | TRANSFER ORDER -- B-6 Oak Industries, Inc., et al. v. Magnavox CATV Systems, Inc., D. Delaware, C.A. No. 84-660 and B-7 Oak Industries, Inc., et al. v. Octogon Scientific, Inc., etc., N.D. New York, C.A. No. 84-CV-1578 -- Notified involved counsel and clerk (rh) |
| 84/12/14 | | H̶E̶A̶R̶I̶N̶G̶/̶O̶R̶D̶E̶R̶/̶/̶ |

JPML Form 1

Revised: 8/78

DOCKET NO. 600 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Mandell Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 7/26/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/21/84 | TO | Unpublished | C.D.California 973 | Edward Rafeedie | |

Special Transferee Information

DATE CLOSED: 7/31/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 600 -- In re Mandell Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Oak Industries, Inc. v. Zenith Radio Corp. | N.D. Ill. Moran | 84 C 3045 | 8/21/84 | 84-8712 | 7/31/86 D | |
| A-2 | Oak Industries, Inc. v. Scientific Atlanta, Inc. | C.D. Cal. Rafeedie | 84-2404-ER(Px) | — | — | 3/26/85 D | |
| A-3 | Oak Industries, Inc. v. GTE Communications Products Corp. | D. Conn. Eginton | B-84-238 WWE | 8/21/84 | 84-6736 | 7/31/86 | |
| A-4 | Oak Industries, Inc. v. Tocom, Inc. | N.D. Tex. Sanders | 3-84-0542H | 8/21/84 | 84-8232 | 10/31/85 | |
| A-5 | Oak Industries, Inc. v. C-Cor Electrontics, Inc. | M.D. Pa. Muir | 84-0483 DO NOT COUNT |  |  | 6/../80 | |
| B-6 | Oak Industries, Inc., et al. v. Magnavox CATV Systems, Inc. | D. Dela. Stapleton | 84-660 | 12-6-84 | 84-9461 | 7/31/86 | |
| B-7 | Oak Industries, Inc., et al. v. Octagon Scientific, Inc., d/b/a Regency Cable Products, Inc. | N.D.N.Y. McCurn | 84-CV-1578 | 12-6-84 | 84-9462 | 7/31/86 | |

July 1985 - 5 TR; 1 XYZ; 5 Pending       (1 Dis)
July 1986 - 1 Dis / 4 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 600 -- In re Mandell Patent Litigation

OAK INDUSTRIES, INC. (A-1 thru A- )
David A. York, Esquire
Latham & Watkins
6900 Sears Tower
Chicago, Illinois 60606

SCIENTIFIC-ATLANTA, INC.
Lewis Anten, Esquire
17530 Ventura Boulevard
Suite 201
Encino, California 91316

ZENITH RADIO CORPORATION
Granger Cook, Jr., Esquire
Cook, Wetzel & Egan, Ltd.
135 South LaSalle Street
Suite 3300
Chicago, Illinois 60603

GTE COMMUNICATIONS PRODUCTS
David R. Francescani, Esquire
Darby & Darby
Chrysler Building
405 Lexington Avenue
New York, New York 10174

INTERNATIONAL TELEMETER CORPORATION
(pltf. in A-6 and A-7)
Richard C. Yarmuth, Esquire
Culp, Dwyer, Gutterson & Grader
One Union Square, 27th Floor
Seattle, Washington 98101

C-COR ELECTRONICS, INC.
Stanley J. Price, Jr., Esquire
Price & Adams
4135 Brownsville Road
Post Office Box 98127
Pittsburgh, Pennsylvania 15227

TOCOM, INC.
Stephen B. Judlowe, Esq.
Hopgood, Calimafde, Kalil,
  Blaustein & Judlowe
60 East 42nd Street
New York, New York  10165

MAGNAVOX CATV SYSTEMS, INC.
Magnavox CATV Systems, Inc.
100 Fairgrounds Drive
Manlius, New York 13104

OCTAGON SCIENTIFIC, INC.
Octagon Scientific, Inc.
476 East Brighton
Syracuse, New York 13210

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 600 -- In re Mandell Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Zenith Radio Corporation | A-1 |
| Scientific Atlanta, Inc. | A-2 |
| GTE Communications Products | A-3 |
| Tocom, Inc. | A-4 |
| C-Cor Electronics, Inc. | A-5 |
| | |
| Magnavox CATV Systems, Inc. | A-6 |
| Octagon Scientific, Inc. | A-7 |